UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN DOSCHER,

Plaintiff,

v.

ANGIE BARNETT and PHILIP DENNINGTON,

Defendants.

Case No: 6:16-cv-1515-Orl-18TBS

ORDER

This case was referred to United States Magistrate Thomas B. Smith for a report and recommendation on Plaintiff Christian Doscher's Motion for Reconsideration and Reply to Order to Show Cause (Doc. 19). The Court having reviewed the Report and Recommendation (Doc. 20) entered on November 4, 2016, and there being no objections filed, hereby

**ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. Plaintiff Christian Doscher's Complaint (Doc. 1) is **DISMISSED without prejudice**, and the Motion for Reconsideration (Doc. 19) is **DENIED** as moot. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this 19 day of December, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties